# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SCOTT JEFFERY, as Trustee of the CARLSON MARITAL TRUST, AND BOKF, N.A., d/b/a BANK OF TEXAS, as Trustee of the FORTRESS CARLSON JSC TRUST AND FORTRESS CARLSON LCC TRUST,**<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,**<br><br>        **Defendant.** | **Civil Action No. 3:18-cv-01742** |

## INDEX OF STATE COURT DOCUMENTS

Pursuant to Local Rule LR. 81.1, Defendant TIAA-CREF Individual & Institutional Services, LLC ("TIAA") provides this index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

| **DATE** | **DESCRIPTION** | **EXHIBIT** |
|---|---|---|
| 2018.05.30 | Plaintiff's Original Petition | A-1 |
| 2018.05.30 | Case Information Sheet | A-2 |
| 2018.05.30 | Citation to TIAA-CREF Individual & Institutional Services, LLC | A-3 |
| 2018.06.11 | Executed Citation for TIAA-CREF Individual & Institutional Services, LLC | A-4 |
| 2018.07.02 | Notice of Intent to Dismiss | A-5 |

Dated: July 3, 2018	Respectfully submitted,

DLA PIPER LLP (US)

*/s/ Marc D. Katz*
Marc D. Katz
State Bar No. 00791002
marc.katz@dlapiper.com
M. Todd Mobley
State Bar No. 24103322
todd.mobley@dlapiper.com
Britney J. P. Prince
State Bar No. 24098237
britney.prince@dlapiper.com
1717 Main Street, Suite 4600
Dallas, Texas  75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

**ATTORNEYS FOR DEFENDANT TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC**

**CERTIFICATE OF SERVICE**

  I hereby certify that, on July 3, 2018, a true and accurate copy of the foregoing document was served via email and via certified mail, return receipt requested to all counsel of record as follows:

  James C. Erdle, Jr.
  Erny Simmons
  Glast, Phillips & Murray, P.C.
  14801 Quorum Drive, Suite 500
  Dallas, Texas 75254-1449
  jerdle@gpm-law.com
  simmons@gpm-law.com

              */s/ M. Todd Mobley*
              M. Todd Mobley