# EXHIBIT A-1

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED Scott Jeffery, as Trustee of the Carlson Marital Trust, et al. v. TIAA-CREF Individual & Institutional Services, LLC
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: James C. Erdle | Email: jerdle@gpm-law.com | Plaintiff(s)/Petitioner(s): Scott Jeffery, as Trustee of the Carlson Marital Trust, et al. | [X] Attorney for Plaintiff/Petitioner<br>[ ] *Pro Se* Plaintiff/Petitioner<br>[ ] Title IV-D Agency<br>[ ] Other: _____ |
| Address: 14801 Quorum Drive Suite 500 | Telephone: (972) 419-7199 | | Additional Parties in Child Support Case: |
| City/State/Zip: Dallas, Texas 75254 | Fax: (972) 419-8329 | Defendant(s)/Respondent(s): TIAA-CREF Individual & Institutional Services, LLC | Custodial Parent: _____<br>Non-Custodial Parent: _____ |
| Signature: James C. Erdle | State Bar No: 24069680 | | Presumed Father: _____ |
| | | *[Attach additional page as necessary to list all parties]* | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* | [ ] Assault/Battery | [ ] Eminent Domain/ Condemnation | [ ] Annulment | [ ] Enforcement |
| [ ] Consumer/DTPA | [ ] Construction | [ ] Partition | [ ] Declare Marriage Void | [ ] Modification—Custody |
| [X] Debt/Contract | [ ] Defamation | [ ] Quiet Title | *Divorce* | [ ] Modification—Other |
| [ ] Fraud/Misrepresentation | *Malpractice* | [ ] Trespass to Try Title | [ ] With Children | **Title IV-D** |
| [ ] Other Debt/Contract: | [ ] Accounting | [ ] Other Property: | [ ] No Children | [ ] Enforcement/Modification |
| | [ ] Legal | | | [ ] Paternity |
| *Foreclosure* | [ ] Medical | | | [ ] Reciprocals (UIFSA) |
| [ ] Home Equity—Expedited | [ ] Other Professional Liability | | | [ ] Support Order |
| [ ] Other Foreclosure | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| [ ] Franchise | [ ] Motor Vehicle Accident | [ ] Expunction | [ ] Enforce Foreign Judgment | [ ] Adoption/Adoption with Termination |
| [ ] Insurance | [ ] Premises | [ ] Judgment Nisi | [ ] Habeas Corpus | [ ] Child Protection |
| [ ] Landlord/Tenant | *Product Liability* | [ ] Non-Disclosure | [ ] Name Change | [ ] Child Support |
| [ ] Non-Competition | [ ] Asbestos/Silica | [ ] Seizure/Forfeiture | [ ] Protective Order | [ ] Custody or Visitation |
| [ ] Partnership | [ ] Other Product Liability List Product: | [ ] Writ of Habeas Corpus— Pre-indictment | [ ] Removal of Disabilities of Minority | [ ] Gestational Parenting |
| [ ] Other Contract: | | [ ] Other: | [ ] Other: _____ | [ ] Grandparent Access |
| | [ ] Other Injury or Damage: | | | [ ] Parentage/Paternity |
| | | | | [ ] Termination of Parental Rights |
| **Employment** | **Other Civil** | | | [ ] Other Parent-Child: |
| [ ] Discrimination | [ ] Administrative Appeal | [ ] Lawyer Discipline | | |
| [ ] Retaliation | [ ] Antitrust/Unfair Competition | [ ] Perpetuate Testimony | | |
| [ ] Termination | [ ] Code Violations | [ ] Securities/Stock | | |
| [ ] Workers' Compensation | [ ] Foreign Judgment | [ ] Tortious Interference | | |
| [ ] Other Employment: | [ ] Intellectual Property | [ ] Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| [ ] Tax Appraisal | *Probate/Wills/Intestate Administration* | [ ] Guardianship—Adult |
| [ ] Tax Delinquency | [ ] Dependent Administration | [ ] Guardianship—Minor |
| [ ] Other Tax | [ ] Independent Administration | [ ] Mental Health |
| | [ ] Other Estate Proceedings | [ ] Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| [ ] Appeal from Municipal or Justice Court | [X] Declaratory Judgment | [ ] Prejudgment Remedy |
| [ ] Arbitration-related | [ ] Garnishment | [ ] Protective Order |
| [ ] Attachment | [ ] Interpleader | [ ] Receiver |
| [ ] Bill of Review | [ ] License | [ ] Sequestration |
| [ ] Certiorari | [ ] Mandamus | [ ] Temporary Restraining Order/Injunction |
| [ ] Class Action | [ ] Post-judgment | [ ] Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[X] Over $200,000 but not more than $1,000,000
[ ] Over $1,000,000

Rev 2/13