# EXHIBIT A-4

FILED
DALLAS COUNTY
6/11/2018 12:42 PM
FELICIA PITRE
DISTRICT CLERK
ADRIAN GARCIA

CAUSE NO. DC-18-06995
DALLAS COUNTY 14TH DISTRICT COURT

SCOTT JEFFERY, ET AL
VS.
TIAA-CREF INDIVIDUAL & SERVICES, LLC

## RETURN

**Came to my hand:** May 31, 2018 at 5:55 p.m.

**To:** TIAA-CREF Individual & Institutional Services, LLC
By Serving Registered Agent Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Tx 78701

__x__ Citation
__x__ Plaintiffs' Original Petition with Attached Exhibits A-F

**Delivered by me on:** June 1, 2018 at 4:01 p.m.

**Delivered by me at:** 211 E. 7th Street, Suite 620, Austin, Tx 78701, in Travis County, by delivering to TIAA-CREF Individual & Institutional Services, LLC, by delivering to its Registered Agent, Corporation Service Company, by delivering to an employee available at the registered office during normal business hours, Kyle Ratzlaff, by certified mail, return receipt requested, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. This return is attached to original process or a copy thereof. All statements and facts herein contained are within my personal knowledge.

*************************************************************

"My name is Alan Rodi Davis. My date of birth is 8/25/62. My address is P.O. Box 38066, Dallas, Texas, 75238, United States of America. I declare under penalty of perjury the foregoing is true and correct. Executed in Dallas County, Texas on June 11, 2018.

Alan Rodi Davis, Authorized Person, Declarant" PSC-399, Expires 7/31/20
P. O. Box 38066, Dallas, Tx 75238, (214) 893-8956
ad@investigationsltd.net

Page 1 of 1

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To: TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC
By Serving Registered Agent Corporation Service Company
211 E 7TH ST SUITE 620
AUSTIN TX 78701

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SCOTT JEFFERY, as Trustee of the CARLSON MARITAL TRUST AND BOKF, N.A., d/b/a BANK OF TEXAS, as Trustee of the FORTRESS CARLSON JSC TRUST, AND FORTRESS CARLSON LCC TRUST**

Filed in said Court **30th** day of **May, 2018** against

**TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC**

For Suit, said suit being numbered **DC-18-06995**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of May, 2018.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _/s/ Teresa Jones_____, Deputy
TERESA JONES

---

CITATION

DC-18-06995

SCOTT JEFFERY, et al
vs.
TIAA-CREF INDIVIDUAL &
SERVICES, LLC

ISSUED THIS
31st day of May, 2018
FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: TERESA JONES, Deputy

Attorney for Plaintiff
JAMES C ERDLE, JR.
GLAST PHILLIPS & MURRAY PC
14801 QUORUM DR SUITE 500
DALLAS TX 75254-1449
972-419-8300

ESERVE

DALLAS COUNTY
SERVICE FEES
NOT PAID

# OFFICER'S RETURN

Case No. : DC-18-06995

Court No. 14th District Court

Style: SCOTT JEFFERY, et al

vs.

TIAA-CREF INDUVIDUAL & SERVICES, LLC

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.M. Executed at _____, within the County of _____ at _____ o'clock ____.M. on the _____ day of _____, 20____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | of _____ County, |
| For mileage | $_____ | By _____ |
| For Notary | $_____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____, to certify which witness my hand and seal of office.

_____
Notary Public _____ County

**Tracking Number: 70173040000094235256**

June 4, 2018, 9:23 am
Delivered
AUSTIN, TX 78760
Your item was delivered at 9:23 am on June 4, 2018 in AUSTIN, TX 78760.

---

June 4, 2018, 8:58 am
Arrived at Unit
AUSTIN, TX 78744

---

June 3, 2018
In Transit to Next Facility

---

June 2, 2018, 11:56 pm
Departed USPS Regional Destination Facility
AUSTIN TX DISTRIBUTION CENTER

---

June 2, 2018, 2:34 pm
Arrived at USPS Regional Destination Facility
AUSTIN TX DISTRIBUTION CENTER

---

June 2, 2018, 5:01 am
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

---

June 1, 2018, 11:26 pm
Arrived at USPS Regional Origin Facility
COPPELL TX DISTRIBUTION CENTER

---

June 1, 2018, 6:29 pm
Departed Post Office
DALLAS, TX 75238

**June 1, 2018, 4:01 pm**

USPS in possession of item

DALLAS, TX 75238

7017 3040 0000 9423 5256

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

AUSTIN, TX 78701

OFFICIAL USE

Certified Mail Fee $3.45

Extra Services & Fees *(check box, add fee as appropriate)* $2.75

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.89

Total $9.09

0238
16

Postmark Here

06/01/2018

DALLAS

Sent To / Street / City:

CORPORATION SERVICE COMPANY
REG AGT, TIAA-CREF INDIVIDUAL &
INSTITUTIONAL SERVICES, LLC
211 E. 7TH ST., STE 620
AUSTIN, TX 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CORPORATION SERVICE COMPANY
REG AGT, TIAA-CREF INDIVIDUAL &
INSTITUTIONAL SERVICES, LLC
211 E. 7TH ST., STE 620
AUSTIN, TX 78701

9590 9402 3295 7196 3866 61

2. Article Number (Transfer from service label)

7017 3040 0000 9423 5256

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature Kyle Ratzlaff

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...il
- ☐ ...il Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

