# EXHIBIT B

## Case Information

DC-18-06995 | SCOTT JEFFERY, et al vs. TIAA-CREF INDUVIDUAL & SERVICES, LLC

| | | |
|---|---|---|
| Case Number<br>DC-18-06995 | Court<br>14th District Court | Judicial Officer<br>MOYE', ERIC |
| File Date<br>05/30/2018 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

## Party

**PLAINTIFF**
SCOTT JEFFERY

Aliases
as Trustee of the CARLSON MARITAL TRUST
*DBA* BANK OF TEXAS, as Trustee of the FORTRESS CARLSON JSC TRUST, AND FORTRESS CARLSON LCC TRUST

Active Attorneys ▼
Lead Attorney
ERDLE, JAMES C, Jr.
Retained

Work Phone
972-419-8300

Fax Phone
972-419-8329

---

**PLAINTIFF**
BOKF, N.A.,

Active Attorneys ▼
Lead Attorney
ERDLE, JAMES C, Jr.
Retained

Work Phone
972-419-8300

Fax Phone
972-419-8329

---

**DEFENDANT**
TIAA-CREF INDUVIDUAL & SERVICES, LLC

Case 3:18-cv-01742-B   Document 1-7   Filed 07/03/18   Page 3 of 5   PageID 80

Address
By Serving Registered Agent, Corporation Service Company
211 E. 7TH ST., SUITE 620
AUSTIN TX 78701

## Events and Hearings

05/30/2018 NEW CASE FILED (OCA) - CIVIL

05/30/2018 ORIGINAL PETITION ▼

ORIGINAL PETITION

COVER SHEET

05/30/2018 ISSUE CITATION

05/31/2018 CITATION ISSUED ▼

DC18-06995 TIAA.pdf

05/31/2018 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
06/11/2018
Comment
ESERVE 24976602 jerdle@gpm-law.com/TJ.

06/11/2018 RETURN OF SERVICE ▼

CITATION- TIAA-CREF INDIVIDUAL & SERVICES LLC

  Comment
  CITATION- TIAA-CREF INDIVIDUAL & SERVICES LLC

07/02/2018 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼

Case 3:18-cv-01742-B   Document 1-7   Filed 07/03/18   Page 4 of 5   PageID 81

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

Comment
MAILED

08/03/2018 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
MOYE', ERIC

Hearing Time
11:00 AM

## Financial

SCOTT JEFFERY

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $300.00 |
| Total Payments and Credits | | | | $300.00 |
| 5/30/2018 | Transaction Assessment | | | $300.00 |
| 5/30/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 34576-2018-DCLK | Scott Jeffery | ($300.00) |

## Documents

ORIGINAL PETITION
COVER SHEET
DC18-06995 TIAA.pdf
CITATION- TIAA-CREF INDIVIDUAL & SERVICES LLC
NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

Case 3:18-cv-01742-B   Document 1-7   Filed 07/03/18   Page 5 of 5   PageID 82